1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  BLAKE P. LOEBS, State Bar #145790
   Chief of Civil Rights Litigation
4  SEAN F. CONNOLLY, State Bar #152235
   Deputy City Attorney
5  Fox Plaza
   1390 Market Street, 6th Floor
6  San Francisco, California 94102-5408
   Telephone:    (415) 554-3668
7  Facsimile:    (415) 554-3837
   E-Mail:       blake.loebs@sfgov.org
8

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
10 GEORGE GASCON and BUDDY SIGUIDO

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14 | JNANA BRIGHT,                                    | Case No. C11-01586 EMC
15 |     Plaintiff,                                   |
   |                                                   | STIPULATION AND [PROPOSED] ORDER
16 | vs.                                              | CONTINUING SETTLEMENT CONFERENCE
   |                                                   | DEADLINE
17 | CITY AND COUNTY OF SAN                           | Hearing Date:  October 27, 2011
   | FRANCISCO, GEORGE, GASCON, BUDDY                 | Time:          10:00 a.m.
18 | SIGUIDO and DOES 1 to 20, inclusive,             | Place:         Courtroom D, 15th Floor
   |                                                   |                San Francisco, CA
19 |     Defendants.                                  |
   |                                                   | Trial Date:    NONE
20

21

22

23      A settlement conference is presently scheduled for October 27, 2011, in the above captioned

24 case. A trial date has not been set.

25      For the below stated reasons, counsel for the parties agree and stipulate that the conference be

26 continued to a date mutually agreeable to the Court's availability and counsel.

27

28 ///

Stipulation and [Proposed] Order Continuing          1                      n:\lit\li2011\110091\00730589.doc
Settlement Conference; CASE NO. C11-01586 EMC

1 | Discovery has not yet been completed.  The parties believe that provision of responses to
2 | existing discovery requests is necessary before a meaningful settlement conference can occur and
3 | defendants have run into unforeseen obstacles in getting the discovery produced to Plaintiff in time for
4 | the settlement conference.

**IT IS HEREBY STIPULATED BY THE PARTIES:**

Dated: October 7, 2011

By:  */s/ Daniel S. Sharp*
DANIEL S. SHARP

Attorneys for Plaintiff
JNANA BRIGHT

Pursuant to General Order 45, the filer of this document attests that he has received the concurrence of this signatory to file this document.

Dated: October 7, 2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
BLAKE P. LOEBS
Chief of Civil Rights Litigation

By:  */s/ Blake P. Loebs*
BLAKE P. LOEBS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
GEORGE GASCON and BUDDY SIGUIDO

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Settlement Conference presently scheduled for October 27, 2011 at 10:00 a.m. be continued to ~~~~~~ at 10:00 a.m. deadline of 10/25/11 is extended to 12/31/11. Parties shall contact Judge Vadas for a new settlement conference date.

DATED: 10/12/11

EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE