1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  BLAKE P. LOEBS, State Bar #145790
   Chief of Civil Rights Litigation
4  SEAN F. CONNOLLY, State Bar #152235
   Deputy City Attorney
5  Fox Plaza
   1390 Market Street, 6th Floor
6  San Francisco, California 94102-5408
   Telephone:    (415) 554-3868
7  Facsimile:    (415) 554-3837
   E-Mail:       blake.loebs@sfgov.org
8

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
10 GEORGE GASCON and BUDDY SIGUIDO

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14 | JNANA BRIGHT,                        | Case No. C11-01586 EMC
15 |     Plaintiff,                       |
   |                                      | **STIPULATION AND [PROPOSED] ORDER
16 |     vs.                              | CONTINUING CASE MANAGEMENT
   |                                      | CONFERENCE**
17 | CITY AND COUNTY OF SAN                |
   | FRANCISCO, GEORGE, GASCON, BUDDY      |
18 | SIGUIDO and DOES 1 to 20, inclusive, |
19 |     Defendants.                      |

20

21

22       A settlement conference was held in the above in the above captioned case on December 15,

23 2011, at which time a settlement was reached, subject to approval by appropriate agencies and delivery

24 of settlement. Terms were placed on the record.

25       For the below stated reasons, counsel for the parties agree and stipulate that the case

26 management conference set for January 6, 2012 at 10:30 a.m. in this matter be continued until after

27 March 2, 2012, the date scheduled for a status conference as to the above settlement.

28

Stipulation and [Proposed] Order Continuing Case Management Conference; CASE NO. C11-01586 EMC

1
2  **IT IS HEREBY STIPULATED BY THE PARTIES:**
3  Dated: December 19, 2011
4
5
6                              By: /s/ Daniel Sharp
                                    DANIEL S. SHARP
7
                                    Attorney for Plaintiff
                                    JNANA BRIGHT
8
9  Dated: December 19, 2011
10                                  DENNIS J. HERRERA
                                    City Attorney
11                                  JOANNE HOEPER
                                    Chief Trial Deputy
12                                  BLAKE P. LOEBS
                                    Chief of Civil Rights Litigation
13
14
                               By: /s/ Blake Loebs*
15                                  BLAKE P. LOEBS

16                                  Attorneys for Defendants
                                    CITY AND COUNTY OF SAN FRANCISCO,
17                                  GEORGE GASCON and BUDDY SIGUIDO

18                                  *[The filer of this document attests that concurrence in the filing of this
                                    document by the above attorney has been obtained from Plaintiff's attorney,
19                                  and shall serve in lieu of his signature.]

20
21               **[PROPOSED] ORDER**

22  IT IS HEREBY ORDERED that the Case Management Conference presently scheduled for
    January 6, 2012 at 10:30 a.m. is continued to  March 9, 2012  at  10:30  a.m.
23
24       DATED: December 29, 2011
25                                  _____
26                                  EDWARD M. CHEN
                                    UNITED STATES DISTRICT COURT JUDGE
27

28

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

Stipulation and [Proposed] Order Continuing Case Management ...                    NO. C11-01586-EMC