1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | BLAKE P. LOEBS, State Bar #145790
Chief of Civil Rights Litigation
4 | SEAN F. CONNOLLY, State Bar #152235
Deputy City Attorney
5 | Fox Plaza
1390 Market Street, 6th Floor
6 | San Francisco, California 94102-5408
Telephone:    (415) 554-3868
7 | Facsimile:    (415) 554-3837
E-Mail:       blake.loebs@sfgov.org
8
9 | Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
10 | GEORGE GASCON and BUDDY SIGUIDO

11

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

14 | JNANA BRIGHT,                              Case No. C11-01586 EMC

15 |     Plaintiff,
                                            **REQUEST FOR DISMISSAL** ; ORDER
16 |     vs.

17 | CITY AND COUNTY OF SAN
FRANCISCO, GEORGE, GASCON, BUDDY
18 | SIGUIDO and DOES 1 to 20, inclusive,

19 |     Defendants.

REQUEST FOR DISMISSAL                           1                    n:\lit\li2011\110091\00751850.doc
CASE NO. C11-01586 EMC

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

Dated: January 31, 2012

        LAW OFFICE OF DANIEL S. SHARP

        By: _/s/ Daniel S. Sharp_
           DANIEL S. SHARP

        Attorneys for Plaintiff
        JNANA BRIGHT

Dated: January 31, 2012

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        BLAKE P. LOEBS
        Chief of Civil Rights Litigation

        By: _____
           BLAKE P. LOEBS

        Attorneys for Defendants
        CITY AND COUNTY OF SAN FRANCISCO,
        GEORGE GASCON and BUDDY SIGUIDO

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

Dated: January 31, 2012

                                            LAW OFFICE OF DANIEL S. SHARP

                                            By:_____
                                            DANIEL S. SHARP

                                            Attorneys for Plaintiff
                                            JNANA BRIGHT

Dated: February 29, 2012

                                            DENNIS J. HERRERA
                                            City Attorney
                                            JOANNE HOEPER
                                            Chief Trial Deputy
                                            BLAKE P. LOEBS
                                            Chief of Civil Rights Litigation

                                            By:____/s/ Blake P. Loebs_____
                                            BLAKE P. LOEBS

                                            Attorneys for Defendants
                                            CITY AND COUNTY OF SAN FRANCISCO,
                                            GEORGE GASCON and BUDDY SIGUIDO

IT IS SO ORDERED.



_____
Edward M. Chen
U.S. District Judge